**IN RE: Michael Wayne SHORE, Stuart Douglas Dwork, Appellants**

**2016–1182**

United States Court of Appeals, Federal Circuit.

October 11, 2016

JOHN DAVID SIMMONS, Panitch Schwarze Belisario & Nadel LLP, Philadelphia, PA, argued for appellants. Also represented by DENNIS JAMES BUTLER, Wilmington, DE; MICHAEL W. SHORE, Shore Chan DePumpo LLP, Dallas, TX.

COKE MORGAN STEWART, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by THOMAS W. KRAUSE, MICHAEL SUMNER FORMAN, LORA DRISCOLL.

**JUDGMENT**

Per Curiam (Newman, Lourie, and Clevenger, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**